LAURA E. DUFFY
United States Attorney
W. MARK CONOVER
California Bar No. 236090
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6763

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>OSCAR CESAR OLIVAS,<br><br>                    Defendant. | Case No.:   11cr2652-BTM<br><br>**UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE**<br><br>Trial Date:   March 9, 2017<br>Time:             2:30 p.m. |

The UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and W. Mark Conover, Assistant U.S. Attorney, hereby files its Response to Defendant's Motion for Reduction of Sentence Pursuant to Title 18, United States Code, Section 3582(c)(2).

Oscar Cesar Olivas (Defendant) pled guilty to two counts of the indictment: Conspiracy to Import Cocaine Methamphetamine, in violation of 21 U.S.C. §§ 952 and 960 and Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(1)(A)(i). In the plea agreement, Defendant agreed that the

conspiracy involved at "least 10 kilograms of methamphetamine (actual) and 10 kilograms of cocaine." Plea Agreement, pg. 4, ll. 16-18.

At the time of sentencing, the Court found, and the parties agreed, that the base offense level for this amount of narcotics was a level 38. Under the amended guidelines, the base offense level for 10 kilograms of actual methamphetamine remains a base offense level 38; Defendant's amended guidelines are unchanged. Defendant is not eligible for a sentence reduction. The motion should be denied.

DATED: March 8, 2017

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

*/s/ W. Mark Conover*
W. MARK CONOVER
Assistant United States Attorney

<pre>
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11cr2652-BTM |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OSCAR CESAR OLIVAS, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

    I, W. Mark Conover, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I have caused service of the United States' Proposed Jury Instructions on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System, which electronically notifies them:

    Federal Defenders

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2017.

<pre>
                                        LAURA E. DUFFY
                                        United States Attorney

                                        /s/ W. Mark Conover
                                        W. Mark Conover
                                        Assistant United States Attorney
</pre>