AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

**FILED**

MAR 1 4 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

for the

SOUTHERN   District of   CALIFORNIA

United States of America

v.

OSCAR CESAR OLIVAS[4]

Date of Original Judgment:                04/08/2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No:   11CR2652-BTM

USM No:   27947298

JAMES FIFE, FEDERAL DEFENDERS, INC.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ Defendant          ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*
The Court calculated the Base Offense level as 38 predicated on 10 kilograms of actual methamphetamine. The
amendment to the 2D1.1 Guidelines did not reduce the Base Offense level for that amount. Therefore, the defendant is
not eligible for a reduction under the Amendment 782.

All provisions of the judgment filed                    04/08/2013 _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   *March 19 2017*                    *Barry Ted Moskowitz*
                                                                *Judge's signature*

Effective Date: _____                    BARRY TED MOSKOWITZ, U.S. DISTRICT JUDGE
       *(if different from order date)*                    *Printed name and title*